# M<sup>c</sup>DONNELL & ADELS, P.C.

401 FRANKLIN AVENUE
GARDEN CITY, NEW YORK 11530

TELEPHONE: (516) 328-3500
FACSIMILE (516) 328-3697
Email: mail@malawpc.com
Website: www.malawpc.com

ELIZABETH ADELS
PATRICK J. M<sup>c</sup>DONNELL

EDWARD M. RYAN
JULIE A. LINWOOD
MARTHA S. HENLEY
EVAN W. KLESTZICK
STUART M. FLAMEN

PAMELA GOULD KIPNIS
JOANN FAHEY LANZA
JOSEPH CLARK
JOSEPH SCHWARZENBERG
JOEL D. EPSTEIN
LISA E. HECHLER
ALISA BURNS
EILEEN HENNESSY

DAVID JAKUBOWITZ
MICHAEL HANRATTY
DANNY J. MILLER
MICHAEL J. GIORDANO
DIANA LEAHY
JONATHAN M. STEIN
TIMOTHY J. BYRNES
RONNIE M. RIFAI
JOHN M. GUERRIERO
KORRI ADRAMS FRAMPTON
CARIN M. GRASSINI
KONSTANTINOS TSIRKAS
LINDA A. MULÉ

RECEIVED
CHAMBERS OF
JUN 25 2008
JUDGE SCHEINDLIN

June 24, 2008
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/08

WRITER'S DIRECT DIAL: (516) 213-3104
WRITER'S DIRECT E-MAIL: eadels@malawpc.com

**VIA FACSIMILE: (212) 805-7920**

Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

   Re: Ava Acupuncture, P.C., et al. v. State Farm Mutual Automobile
     Insurance Company, et al.
     Case No. 08 CV 5650 {SAS}

Dear Judge Scheindlin:

  I write on behalf of all defendants, except for Eric R. Dinallo Superintendent of Insurance State of New York, to request an extension of time to answer or to make any of the pre-answer motions permitted by Federal Rule of Civil Procedure 4. On June 20, 2008, I received a voicemail message from plaintiffs' attorney, Raymond J. Zuppa, The Zuppa Firm, PLLC, consenting to an extension of time.

  This is a putative class action, which was commenced in the New York State Supreme Court, New York County, on June 2, 2008 and was personally served upon all defendants between June 2, 2008 and June 6, 2008. A Notice of Removal was filed with this Court on June 23, 2008 by defendants, State Farm Mutual Automobile Insurance Company and Katten Muchin Rosenman, LLP, citizens of Illinois, and Melli, Guerin & Wall, PC, a citizen of New Jersey.

Hon. Shira Sheindlin
AVA Acupuncture v. State Farm
June 24, 2008
Page 2

    The complaint is voluminous, containing 789 separately numbered allegations and totaling 223 pages without its appendix. At the time the Notice of Removal was filed, none of the defendants were in default under New York State law. The filing of the removal notice automatically extended defendants' time to answer or move pursuant to FRCP 4 by five business days to Monday, June 30, 2008. See Fed R. Civ. P. 81(c). Given the length and complexity of the complaint, defendants request an extension of 45 days, until August 14, 2008.

    A copy of this letter has been sent to counsel for all defendants except the Department of Insurance by email. A copy has been faxed to their counsel, as we do not have an email address. A copy has also been faxed to plaintiffs' counsel, as we have no email address for him. No prior request for an extension has been made except as indicated herein.

    Thank you for your consideration.

Respectfully submitted,

McDONNELL & ADELS, P.C.

Elizabeth Adels

EA/mh

cc: The Zuppa Law Firm, PLLC
Attorney for Plaintiffs
33 Herbert St., Suite 1
Brooklyn, NY 11222
Fax: 718-266-3011

New York State Attorney General
120 Broadway
NY, NY 10271
Att: Elizabeth Prickett-Morgan, Esq.
Counsel for Eric R. Dinallo Superintendent of Insurance State of New York
Fax: 212-416-6075

Cozen O'Connor
Attorneys for Defendants
AutoOne Insurance Company
General Insurance Company and
One Beacon Insurance Company
1900 Market Street
Philadelphia, PA 19103

---

*Handwritten order:*

Defendants' request is granted. Defendants may have until August 14, 2008 to move or answer. Any motion to remand this case must be made within 30 days after the notice of removal as provided by 28 U.S.C. § 1447.

SO ORDERED.

Date: June 25, 2008

Shira A. Scheindlin, USDJ

Hon. Shira Sheindlin
AVA Acupuncture v. State Farm
June 24, 2008
Page 3

Melli, Guerin & Wall, P.C.
240 Frisch Court, Suite 301
Paramus, NJ 07652

Katten Muchin & Rosenman, LLP
575 Madison Avenue
New York, NY 10022-2585

Rivkin Radler, LLP
926 Rex Corp. Plaza
Uniondale, NY 11556-0926

Iseman, Cunningham, Riester & Hyde, LLP
9 Thurlow Terrace
Albany, NY 12203

Wiley Rein, LLP
Attorneys for Defendant
National Insurance Crime Bureau
1776 K Street NW
Washington, DC 20006

Goldberg & Segalla, LLP
Attorneys for Defendant
State Farm Mutual Automobile Ins. Co.
200 Old Country Road
Suite 210
Mineola, NY 11501