UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AVA ACUPUNCTURE, P.C., et al., | : |
| Plaintiffs, | : CIVIL ACTION NO. 08 CV 5650 |
| v. | : |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al., | : |
| | : ENTRY OF APPEARANCE |
| Defendants. | : |

TO THE CLERK:

Kindly enter the appearance of Jacob C. Cohn on behalf of Defendants, AutoOne Insurance Company, General Assurance Company, and One Beacon Insurance Company, with regard to the above-referenced matter.

Respectfully submitted,

COZEN O'CONNOR

By: _____
Jacob C. Cohn
1900 Market Street
Philadelphia, PA 19103
(215) 665-2147
Attorney for Defendants