UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AVA ACUPUNCTURE, P.C., et al.,

        Plaintiffs,

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, et al.,

        Defendants.

: CIVIL ACTION NO. 08 CV 5650
:
: RULE 7.1 CORPORATE DISCLOSURE
: STATEMENT

## RULE 7.1 DISCLOSURE OF DEFENDANTS ONEBEACON INSURANCE GROUP LTD.

OneBeacon Insurance Company and its affiliates, including Auto One Insurance Company, are indirect wholly owned subsidiaries of OneBeacon Insurance Group, Ltd., approximately 28% of the stock of which is traded on the New York Stock Exchange. Approximately 72% of the stock of OneBeacon Insurance Group, Ltd. is indirectly owned by White Mountains Insurance Group, Ltd., a publicly held company whose stock is also traded on the New York Stock Exchange. There is no other publicly held entity in the affiliated group.

Respectfully submitted,

COZEN O'CONNOR

By: _____
Jacob C. Cohn
1900 Market Street
Philadelphia, PA 19103
(215) 665-2147
Attorney for Defendants, AutoOne Insurance Company, General Assurance Company and One Beacon Insurance Company