UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X

AVA ACUPUNCTURE P.C., et al.,

                         Plaintiffs,

        -against-

                                              08 CV 5650 (SAS)(FM)
STATE FARM MUTUAL AUTOMOBILE                          ECF Case
INSURANCE COMPANY, et al.,                    **RULE 7.1. STATEMENT**

                         Defendants.

---------------------------------------------------X

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the

undersigned counsel for Defendant, National Insurance Crime Bureau ("NICB"), hereby

certifies that NICB, a non-governmental corporate party, is a not-for-profit non-stock

corporation that has no shareholders, no corporate parent, and no publicly held

subsidiaries or affiliates.

Dated:        Washington, DC
              July 8, 2008


                              WILEY REIN LLP


                              By:  /s/ Todd A. Bromberg
                                   Todd A. Bromberg
                                   1776 K Street, NW
                                   Washington, DC   20006
                                   202-719-7000
                                   tbromberg@wileyrein.com
                                   *Counsel for National Insurance Crime Bureau*

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of July 2008 a true and correct copy of the foregoing document was deposited with the United States Postal Service for delivery via first-class mail, postage prepaid, to counsel for all parties in this matter:

Raymond Zuppa, Esq.
The Zuppa Firm PLLC
Attorneys for Plaintiffs
53 Herbert Street, Suite 1
Brooklyn, NY 11222

Jacob C. Cohn, Esq.
Cozen O' Connor
1900 Market Street
Philadelphia, PA 19103

Elizabeth Adels, Esq.
Patrick McDonnell, Esq.
Martha Henley, Esq.
McDonnell & Adels, P.C.
401 Franklin Avenue
Garden City, NY 11530

Matthew Smith, Esq.
Melli Guerin & Wall, P.C.
240 Frisch Court, Suite 301
Paramus, NJ 07652

Ross Silverman, Esq.
Jay Shapiro, Esq.
Katten Muchin & Rosenman LLP
575 Madison Avenue
New York, NY 10022-2585

Evan Krinick, Esq.
Barry I. Levy, Esq.
Michael Versichelli, Esq.
Rivkin Radler LLP
926 RexCorp Plaza
Uniondale, NY 11556-0926

Brian McElhenny, Esq.
Goldberg & Segalla, LLP
200 Old Country Road, Suite 210
Mineola, NY 11501

Joshua E. Mackey, Esq.
Iseman, Cunningham, Riester & Hyde, LLP
9 Thurlow Terrace
Albany, NY 12203

Elizabeth Pricket-Morgan, Esq.
Office of the New York State Attorney General
120 Broadway
New York, NY 10271

Laura Henderson Scanlon