UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

AVA ACUPUNCTURE P.C., et al.,

                Plaintiffs,

    -against-                           08 CV 5650 (SAS)(FM)

STATE FARM MUTUAL AUTOMOBILE         ECF Case
INSURANCE COMPANY, et al.,                 **NOTICE OF APPEARANCE**

                Defendants.
--------------------------------------------------------X

**TO THE CLERK OF THIS COURT:**

    Please enter the appearance of Todd A. Bromberg as counsel for Defendant National Insurance Crime Bureau in the above-captioned action. I certify that I am admitted to practice in this court.

Dated:    Washington, DC
               July 9, 2008

                                        WILEY REIN LLP

                                        By: /s/ Todd A. Bromberg
                                            Todd A. Bromberg
                                            1776 K Street, NW
                                            Washington, DC  20006
                                            202-719-7000
                                            tbromberg@wileyrein.com
                                            *Counsel for National Insurance Crime Bureau*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of July 2008 a true and correct copy of the foregoing document was deposited with the United States Postal Service for delivery via first-class mail, postage prepaid, to counsel for all parties in this matter:


Raymond Zuppa, Esq.
The Zuppa Firm PLLC
Attorneys for Plaintiffs
53 Herbert Street, Suite 1
Brooklyn, NY 11222

Jacob C. Cohn, Esq.
Cozen O' Connor
1900 Market Street
Philadelphia, PA 19103

Elizabeth Adels, Esq.
Patrick McDonnell, Esq.
Martha Henley, Esq.
McDonnell & Adels, P.C.
401 Franklin Avenue
Garden City, NY 11530

Matthew Smith, Esq.
Melli Guerin & Wall, P.C.
240 Frisch Court, Suite 301
Paramus, NJ 07652

Ross Silverman, Esq.
Jay Shapiro, Esq.
Katten Muchin & Rosenman LLP
575 Madison Avenue
New York, NY 10022-2585

Evan Krinick, Esq.
Barry I. Levy, Esq.
Michael Versichelli, Esq.
Rivkin Radler LLP
926 RexCorp Plaza
Uniondale, NY 11556-0926

Brian McElhenny, Esq.
Goldberg & Segalla, LLP
200 Old Country Road, Suite 210
Mineola, NY 11501

Joshua E. Mackey, Esq.
Iseman, Cunningham, Riester & Hyde, LLP
9 Thurlow Terrace
Albany, NY 12203

Elizabeth Pricket-Morgan, Esq.
Office of the New York State Attorney General
120 Broadway
New York, NY 10271

*Laura Scanlon*
Laura Henderson Scanlon