UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AVA ACUPUNCTURE P.C., OKSLEN ACUPUNCTURE P.C., Individually and as Assignee of Leona Deleston, MODEL SUPPLY INC. and KINGS COUNTY CHIROPRACTIC P.C.,

                           Plaintiffs,

   -against-

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, AUTOONE INSURANCE COMPANY, GENERAL ASSURANCE COMPANY, ONE BEACON INSURANCE COMPANY, McDONNELL & ADELS P.C., MELLI GUERIN & WALL P.C., KATTEN MUCHIN ROSENMAN LLP, RIVKIN RADLER LLP, ISEMAN CUNNINGHAM RIESTER & HYDE LLP, NATIONAL INSURANCE CRIME BUREAU, ERIC R. DiNALLO, SUPERINTENDENT OF INSURANCE STATE OF NEW YORK and THE JOHN DOE INSURANCE COMPANIES,

                           Defendants.

**NOTICE OF DISMISSAL**

Docket No. 08-CV-5650

---

      PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and no class having been certified by the Court in this action, plaintiffs Ava Acupuncture P.C., Okslen Acupuncture P.C., Individually and as Assignee of Leona Deleston, Model Supply Inc., and Kings County Chiropractic P.C. voluntarily dismiss this action, with prejudice, without costs, against defendant Iseman, Cunningham, Riester & Hyde, LLP, which has not served an answer to the Complaint or a motion for summary judgment.

DATED:   July 2 , 2008

                               THE ZUPPA FIRM PLLC

                               By:_____
                               Attorneys for Plaintiffs
                               53 Herbert Street, Suite 1
                               Brooklyn, NY 11222

{00120788}

TO:   GOLDBERG SEGALLA, LLP
      Attorneys for Defendant State Farm Mutual Automobile Insurance Company
      200 Old Country Road, Suite 210
      Mineola, NY 11501

      COZEN O'CONNOR
      Attorneys for Defendants Auto-One Insurance Company,
         General Insurance Company and One Beacon Insurance Company
      1900 Market Street
      Philadelphia, PA 19103

      McDONNELL & ADELS P.C.
      400 Franklin Avenue
      Garden City, NY 11530

      MELLI GUERIN & WALL, P.C.
      240 Frisch Court, Suite 301
      Paramus, NJ 07652

      KATTEN MUCHIN & ROSENMAN LLP
      575 Madison Avenue
      New York, NY 10022-2585

      RIVKIN RADLER LLP
      926 RexCorp Plaza
      Uniondale, NY 11556-0926

      ISEMAN, CUNNINGHAM, RIESTER & HYDE, LLP
      9 Thurlow Terrace
      Albany, NY 12601

      WILEY REIN, LLP
      Attorneys for Defendant National Insurance Crime Bureau
      1776 K Street NW
      Washington, D.C. 20006

      ANDREW M. CUOMO
      New York State Attorney General
      The Capitol
      Albany, NY 12224