06/30/2008 16:22   5163573333                      RIVKIN 4                         PAGE 02/00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

AVA ACUPUNCTURE P.C., OKSLEN
ACUPUNCTURE P.C., Individually and as Assignee
of Leona Deleston, MODEL SUPPLY INC. and
KINGS COUNTY CHIROPRACTIC P.C.,                            Case No. 08 CV 5650 (SAS)

                       Plaintiffs,

            -against-

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, AUTOONE INSURANCE
COMPANY, GENERAL ASSURANCE COMPANY,
ONE BEACON INSURANCE COMPANY,
MCDONNELL & ADELS P.C., MELLI GUERIN &
WALL P.C., KATTEN MUCHIN ROSENMAN LLP,
RIVKIN RADLER LLP, ISEMAN CUNNINGHAM
RIESTER & HYDE LLP, NATIONAL INSURANCE
CRIME BUREAU, ERIC R. DINALLO,
SUPERINTENDENT OF INSURANCE STATE OF
NEW YORK and THE JOHN DOE INSURANCE
COMPANIES,

                       Defendants.
-----------------------------------------------------------X

    USDC SDNY
    DOCUMENT
    ELECTRONICALLY FILED
    DOC #:
    DATE FILED: 7/10/08

   **PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. Pro. 41(a)(1), plaintiffs Ava

Acupuncture, P.C., Okslen Acupuncture P.C., Individually and as Assignee of Leona Deleston,

Model Supply, Inc. and Kings County Chiropractic, P.C., hereby dismiss the above-captioned

lawsuit against defendant Rivkin Radler, LLP, without costs. Defendant Rivkin Radler LLP has

not answered or moved for summary judgment.

Dated: Brooklyn, New York
       June 30, 2008

By: _____
Raymond Zuppa, Esq.
The Zuppa Firm PLLC
53 Herbert Street
Suite 1
Brooklyn, New York  11222
(718) 383-8812
Attorney for Plaintiff

2164251 v1

_____ 7/10/08

2