

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

AVA ACUPUNCTURE P.C., OKSLEN ACUPUNCTURE :
P.C., Individually and as Assignee of Leona Deleston,
MODEL SUPPLY INC. and KINGS COUNTY
CHIROPRACTIC P.C.,

                              Plaintiffs,    :   Case No. 08 CV 5650 (SAS)

                  -against-         :

STATE FARM MUTUAL AUTOMOBILE INSURANCE :
COMPANY, AUTOONE INSURANCE COMPANY,
GENERAL ASSURANCE COMPANY, ONE BEACON
INSURANCE COMPANY, MCDONNELL & ADELS
P.C., MELLI GUERIN & WALL P.C., KATTEN
MUCHIN ROSENMAN LLP, RIVKIN RADLER LLP,
ISEMAN CUNNINGHAM RIESTER & HYDE LLP,
NATIONAL INSURANCE CRIME BUREAU, ERIC R.
DINALLO, SUPERINTENDENT OF INSURANCE
STATE OF NEW YORK and THE JOHN DOE
INSURANCE COMPANIES,

                           Defendants.   :

-----------------------------------------------------------------x



## NOTICE OF DISMISSAL

NYC01_84308338 7/10/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
AVA ACUPUNCTURE P.C., OKSLEN
ACUPUNCTURE P.C., Individually and as Assignee of
Leona Deleston, MODEL SUPPLY INC. and KINGS
COUNTY CHIROPRACTIC P.C.,                                    Case No. 08 CV 5650 (SAS)

                          Plaintiffs,

              -against-

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, AUTOONE INSURANCE
COMPANY, GENERAL ASSURANCE COMPANY,
ONE BEACON INSURANCE COMPANY,
MCDONNELL & ADELS P.C., MELLI GUERIN &
WALL P.C., KATTEN MUCHIN ROSENMAN LLP,
RIVKIN RADLER LLP, ISEMAN CUNNINGHAM
RIESTER & HYDE LLP, NATIONAL INSURANCE
CRIME BUREAU, ERIC R. DINALLO,
SUPERINTENDENT OF INSURANCE STATE OF
NEW YORK and THE JOHN DOE INSURANCE
COMPANIES,

                          Defendants.
--------------------------------------------------------------------x

        **PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. Pro. 41(a)(1), plaintiffs Ava

Acupuncture P.C., Okslen Acupuncture P.C., Individually and as Assignee of Leona Deleston,

Model Supply, Inc. and Kings County Chiropractic, P.C hereby dismiss the above-captioned lawsuit

against defendant Katten Muchin Rosenman LLP, with prejudice and without costs.   Defendant

Katten Muchin Rosenman LLP has not answered or moved for summary judgment.

Dated: New York, New York
       June 30, 2008

                                        By:
                                            Raymond Zuppa, Esq. (RZ    )
SO ORDERED :                                The Zuppa Firm PLLC
                                            93 Herbert Street, Suite 1
                                            Brooklyn, NY 11222
                                            (718) 383-8812
                                            Counsel for Plaintiffs
    S.D.J.

       7/10/08