UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AVA ACUPUNCTURE P.C., OKSLEN ACUPUNCTURE P.C.,
Individually and as Assignee of Leona Deleston, MODEL SUPPLY
INC. and KINGS COUNTY CHIROPRACTIC P.C.,

                                    Plaintiffs,

         -against-

STATE FARM MUTUAL AUTOMOBILE INSURANCE
COMPANY, AUTOONE INSURANCE COMPANY, GENERAL
ASSURANCE COMPANY, ONE BEACON INSURANCE
COMPANY, McDONNELL & ADELS P.C., MELLI GUERIN &
WALL P.C., KATTEN MUCHIN ROSENMAN LLP, RIVKIN
RADLER LLP, ISEMAN CUNNINGHAM RIESTER & HYDE
LLP, NATIONAL INSURANCE CRIME BUREAU, ERIC R.
DiNALLO, SUPERINTENDENT OF INSURANCE STATE OF
NEW YORK and THE JOHN DOE INSURANCE COMPANIES,

                                    Defendants.

**AFFIDAVIT OF
SERVICE BY MAIL**

Civil Action No. 08-CV-5650

STATE OF NEW YORK      )
COUNTY OF ALBANY       )  ss.:

    JANE K. HARTNETT, being duly sworn, states:

    1.      I am employed in the law office of Iseman, Cunningham, Riester & Hyde, LLP, attorneys
for defendant in this action.

    2.      I am not a party to the action and am over 18 years of age.

    3.      I reside at 27 Lark Street, Greenwich, New York 12834.

    4.      On the 11th day of July, 2008, I served the foregoing **Notice of Dismissal** upon the
following attorney(s) on behalf of the following party(ies) at the following address(es) designated by said
attorney(s) for that purpose upon the last paper served in this action, and in the following manner:

    SEE ATTACHED LIST

by depositing a copy same, enclosed in a first-class postpaid wrapper in an official depository under the
exclusive care and custody of the United States Postal Service within the State of New York.

                                    _Jane K. Hartnett_
                                    Jane K. Hartnett

Sworn to before me this
11th day of July, 2008.

_Lynn M. Lohman_
    Notary Public

{00125918}

LYNN M. LOHMAN
Notary Public, State of New York
Qualified in Albany County
No. 01LO4635342
Commission Expires March 30, 2010

The Zuppa Firm PLLC
Attorneys for Plaintiffs
53 Herbert Street, Suite 1
Brooklyn, NY 11222

Brian McElhenny, Esq.
Goldberg Segalla, LLP
Attorneys for Defendant State Farm Mutual Automobile Insurance Company
200 Old Country Road, Suite 210
Mineola, NY 11501

Jacob C. Cohn, Esq.
Cozen O'Connor
Attorneys for Defendants Auto-One Insurance Company,
   General Insurance Company and One Beacon Insurance Company
1900 Market Street
Philadelphia, PA 19103

Elizabeth Adels, Esq.
McDonnell & Adels P.C.
400 Franklin Avenue
Garden City, NY 11530

Matthew Smith, Esq.
Melli Guerin & Wall, P.C.
240 Frisch Court, Suite 301
Paramus, NJ 07652

Ross O. Silverman, Esq.
Katten Muchin & Rosenman LLP
575 Madison Avenue
New York, NY 10022-2585

Evan Krinick, Esq.
Rivkin Radler LLP
926 RexCorp Plaza
Uniondale, NY 11556-0926

Thomas Brunner, Esq.
Wiley Rein, LLP
Attorneys for Defendant National Insurance Crime Bureau
1776 K Street NW
Washington, D.C. 20006

Andrew M. Cuomo, Esq.
New York State Attorney General
The Capitol
Albany, NY 12224

Elizabeth Prickett-Morgan, Esq.
Assistant Attorney General
New York State Department of Law
120 Broadway
New York, NY 10271-0332

{00125918}