UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AVA ACUPUNCTURE P.C., OKSLEN ACUPUNCTURE P.C., Individually and as Assignee of Leona Deleston, MODEL SUPPLY INC. and KINGS COUNTY CHIROPRACTIC P.C.,

                        Plaintiffs,

-against-

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, AUTOONE INSURANCE COMPANY, GENERAL ASSURANCE COMPANY, ONE BEACON INSURANCE COMPANY, McDONNELL & ADELS P.C., MELLI GUERIN & WALL P.C., KATTEN MUCHIN ROSENMAN LLP, RIVKIN RADLER LLP, ISEMAN CUNNINGHAM RIESTER & HYDE LLP, NATIONAL INSURANCE CRIME BUREAU, ERIC R. DiNALLO, SUPERINTENDENT OF INSURANCE STATE OF NEW YORK and THE JOHN DOE INSURANCE COMPANIES,

                        Defendants.



**NOTICE OF DISMISSAL**

Docket No. 08-CV-5650

---

    PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and no class having been certified by the Court in this action, plaintiffs Ava Acupuncture P.C., Okslen Acupuncture P.C., Individually and as Assignee of Leona Deleston, Model Supply Inc., and Kings County Chiropractic P.C. voluntarily dismiss this action, with prejudice, without costs, against defendant Iseman, Cunningham, Riester & Hyde, LLP, which has not served an answer to the Complaint or a motion for summary judgment.

DATED: July 2, 2008

                                              THE ZUPPA FIRM, PLLC

                                              By: _____
                                              Attorneys for Plaintiffs
                                              51 Herbert Street, Suite 1
                                              Brooklyn, NY 11222

*So Ordered* /s/ SAS 7/14/08

{00120788}

TO: GOLDBERG SEGALLA, LLP
Attorneys for Defendant State Farm Mutual Automobile Insurance Company
200 Old Country Road, Suite 210
Mineola, NY 11501

COZEN O'CONNOR
Attorneys for Defendants Auto-One Insurance Company,
 General Insurance Company and One Beacon Insurance Company
1900 Market Street
Philadelphia, PA 19103

McDONNELL & ADELS P.C.
400 Franklin Avenue
Garden City, NY 11530

MELLI GUERIN & WALL, P.C.
240 Frisch Court, Suite 301
Paramus, NJ 07652

KATTEN MUCHIN & ROSENMAN LLP
575 Madison Avenue
New York, NY 10022-2585

RIVKIN RADLER LLP
926 RexCorp Plaza
Uniondale, NY 11556-0926

ISEMAN, CUNNINGHAM, RIESTER & HYDE, LLP
9 Thurlow Terrace
Albany, NY 12601

WILEY REIN, LLP
Attorneys for Defendant National Insurance Crime Bureau
1776 K Street NW
Washington, D.C. 20006

ANDREW M. CUOMO
New York State Attorney General
The Capitol
Albany, NY 12224

{00120788}  2