UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AVA ACUPUNCTURE P.C., OKSLEN ACUPUNCTURE P.C., Individually and as Assignee of Leona Deleston, MODEL SUPPLY INC. and KINGS COUNTY CHIROPRACTIC P.C.,

                          Plaintiffs,

-against-

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, AUTOONE INSURANCE COMPANY, GENERAL ASSURANCE COMPANY, ONE BEACON INSURANCE COMPANY, McDONNELL & ADELS P.C., MELLI GUERIN & WALL P.C., KATTEN MUCHIN ROSENMAN LLP, RIVKIN RADLER LLP, ISEMAN CUNNINGHAM RIESTER & HYDE LLP, NATIONAL INSURANCE CRIME BUREAU, ERIC R. DiNALLO, SUPERINTENDENT OF INSURANCE STATE OF NEW YORK and THE JOHN DOE INSURANCE COMPANIES,

                          Defendants.



NOTICE OF DISMISSAL

Docket No. 08-CV-5650

      PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and no class having been certified by the Court in this action, plaintiffs Ava Acupuncture P.C., Okslen Acupuncture P.C., Individually and as Assignee of Leona Deleston, Model Supply Inc., and Kings County Chiropractic P.C. voluntarily dismiss this action, with prejudice, without costs, against defendant Iseman, Cunningham, Riester & Hyde, LLP, which has not served an answer to the Complaint or a motion for summary judgment.

DATED: July 2, 2008

                                            THE ZUPPA FIRM PLLC

                                            By: _____

So Ordered

                                            Attorneys for Plaintiffs
                                            51 Herbert Street, Suite 1
                                            Brooklyn, NY 11222

{00120788}

7/14/08

TO:  GOLDBERG SEGALLA, LLP
     Attorneys for Defendant State Farm Mutual Automobile Insurance Company
     200 Old Country Road, Suite 210
     Mineola, NY 11501

     COZEN O'CONNOR
     Attorneys for Defendants Auto-One Insurance Company,
        General Insurance Company and One Beacon Insurance Company
     1900 Market Street
     Philadelphia, PA 19103

     McDONNELL & ADELS P.C.
     400 Franklin Avenue
     Garden City, NY 11530

     MELLI GUERIN & WALL, P.C.
     240 Frisch Court, Suite 301
     Paramus, NJ 07652

     KATTEN MUCHIN & ROSENMAN LLP
     575 Madison Avenue
     New York, NY 10022-2585

     RIVKIN RADLER LLP
     926 RexCorp Plaza
     Uniondale, NY 11556-0926

     ISEMAN, CUNNINGHAM, RIESTER & HYDE, LLP
     9 Thurlow Terrace
     Albany, NY 12601

     WILEY REIN, LLP
     Attorneys for Defendant National Insurance Crime Bureau
     1776 K Street NW
     Washington, D.C. 20006

     ANDREW M. CUOMO
     New York State Attorney General
     The Capitol
     Albany, NY 12224

{00120788}                              2