UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
AVA ACUPUNCTURE P.C., OKSLEN
ACUPUNCTURE P.C., Individually and as Assignee
of Leona Deleston, MODEL SUPPLY INC. and
KINGS COUNTY CHIROPRACTIC P.C.,                    Case No. 08 CV 5650 (SAS)

                Plaintiffs,                    **Notice of Appearance**

    -against-

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, AUTOONE INSURANCE
COMPANY, GENERAL ASSURANCE COMPANY,
ONE BEACON INSURANCE COMPANY,
MCDONNELL & ADELS P.C., MELLI GUERIN &
WALL P.C., KATTEN MUCHIN ROSENMAN LLP,
RIVKIN RADLER LLP, ISEMAN CUNNINGHAM
RIESTER & HYDE LLP, NATIONAL INSURANCE
CRIME BUREAU, ERIC R. DINALLO,
SUPERINTENDENT OF INSURANCE STATE OF
NEW YORK and THE JOHN DOE INSURANCE
COMPANIES,

                Defendants.
------------------------------------------------------------------X

        Please enter my appearance as counsel for the Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, in the above-entitled action.

Dated: Uniondale, New York
       July 17, 2008                                    Respectfully submitted,

                                                       RIVKIN RADLER LLP
                                                       Attorneys for Defendants
                                                       STATE FARM MUTUAL AUTOMOBILE
                                                       INSURANCE COMPANY


                                                By: _____/s/_____
                                                    Evan H. Krinick
                                                    926 RexCorp Plaza
                                                    Uniondale, New York 11556-0926
                                                    (516) 357-3000