UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
AVA ACUPUNCTURE P.C., OKSLEN
ACUPUNCTURE P.C., Individually and as Assignee
of Leona Deleston, MODEL SUPPLY INC. and
KINGS COUNTY CHIROPRACTIC P.C.,                    Case No. 08 CV 5650 (SAS)

      Plaintiffs,                    **Notice of Appearance**

  -against-

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, AUTOONE INSURANCE
COMPANY, GENERAL ASSURANCE COMPANY,
ONE BEACON INSURANCE COMPANY,
MCDONNELL & ADELS P.C., MELLI GUERIN &
WALL P.C., KATTEN MUCHIN ROSENMAN LLP,
RIVKIN RADLER LLP, ISEMAN CUNNINGHAM
RIESTER & HYDE LLP, NATIONAL INSURANCE
CRIME BUREAU, ERIC R. DINALLO,
SUPERINTENDENT OF INSURANCE STATE OF
NEW YORK and THE JOHN DOE INSURANCE
COMPANIES,

      Defendants.
-----------------------------------------------------------------X

  Please enter my appearance as counsel for the Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, in the above-entitled action.

Dated: Uniondale, New York
   July 17, 2008        Respectfully submitted,

               RIVKIN RADLER LLP
               Attorneys for Defendants
               STATE FARM MUTUAL AUTOMOBILE
               INSURANCE COMPANY


            By:_____/s/_____
             Michael P. Versichelli
             926 RexCorp Plaza
             Uniondale, New York 11556-0926
             (516) 357-3000

2168990 v1