UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

AVA ACUPUNCTURE P.C., OKSLEN ACUPUNCTURE P.C. )
Individually and as Assignee of Leona Deleston, MODEL SUPPLY )
INC. and KINGS COUNTY CHIROPRACTIC P.C.,   )   08 cv 5650 (SAS)
                                           )
             Plaintiffs,                   )   PROPOSED
                                           )   ORDER
         -against-                         )   SETTING
                                           )   FORTH
                                           )   BRIEFING
STATE FARM MUTUAL AUTOMOBILE INSURANCE     )   SCHEDULE
COMPANY, AUTOONE INSURANCE COMPANY, GENERAL )
ASSURANCE COMPANY, ONE BEACON INSURANCE    )
COMPANY, MCDONNELL & ADELS P.C., MELLI GUERIN & )
WALL P.C., KATTEN MUCHIN ROSENMAN LLP, RIVKIN )
RADLER LLP, ISEMAN CUNNINGHAM RIESTER & HYDE )
LLP, NATIONAL INSURANCE CRIME BUREAU, ERIC R. )
DINALLO SUPERINTENDENT OF INSURANCE STATE OF )
NEW YORK and THE JOHN DOE INSURANCE COMPANIES )
                                           )
             Defendants.                   )
---------------------------------------------------------------x

ORDERED, that the briefing schedule for the Plaintiffs' Motion to Remand in the above captioned case shall proceed as follows: Plaintiffs will file and serve their motion and supporting affidavits, and memorandum of law on July 22, 2008. Any opposing affidavits and answering memoranda shall be served within thirty days after service of the moving papers. Any reply affidavits and memoranda of law shall be served within ten business days after service of the answering papers. ~~The motion is returnable on September 3, 2008.~~

SO ORDERED

SHIRA A. SCHEINDLIN
~~JUDGE U.S.D.C. S.D.~~
U.S.D.J.

Dated: New York, New York
       July 17, 2008