UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x
AVA ACUPUNCTURE P.C., OKSLEN ACUPUNCTURE P.C. )
Individually and as Assignee of Leona Deleston, MODEL SUPPLY )
INC. and KINGS COUNTY CHIROPRACTIC P.C.,           )   08 cv 5650 (SAS)
                                                                              )
                          Plaintiffs,                                  )   NOTICE OF
                                                                              )   MOTION TO
            -against-                                                 )   REMAND
                                                                              )
STATE FARM MUTUAL AUTOMOBILE INSURANCE      )   ECF CASE
COMPANY, AUTOONE INSURANCE COMPANY, GENERAL )
ASSURANCE COMPANY, ONE BEACON INSURANCE     )
COMPANY, MCDONNELL& ADELS P.C., MELLI GUERIN & )
WALL P.C., KATTEN MUCHIN ROSENMAN LLP, RIVKIN )
RADLER LLP, ISEMAN CUNNINGHAM RIESTER & HYDE )
LLP, NATIONAL INSURANCE CRIME BUREAU, ERIC R. )
DINALLO SUPERINTENDENT OF INSURANCE STATE OF )
NEW YORK and THE JOHN DOE INSURANCE COMPANIES )
                                                                              )
                          Defendants.                                 )
_____x

**PLEASE TAKE NOTICE**, that upon the Affidavit of **RAYMOND J. ZUPPA JR.**, sworn to on July 21, 2008, the exhibits annexed to the Zuppa Affidavit, the Memorandum of Law In Support of the Motion To Remand filed contemporaneously herein, and upon all prior pleadings and proceedings heretofore had herein, the Plaintiffs AVA Acupuncture P.C., Okslen Acupuncture P.C. Individually and as Assignee of Leona Deleston, Model Supply Inc. and Kings County Chiropractic P.C. will move this Court, the Honorable Shira A. Scheindlin on September 3, 2008 at 9:30 o'clock in the forenoon of that day or as soon thereafter as counsel can be heard, at the United States Court House, 500 Pearl Street, Room 1020, New York, New York, 10007, for an Order pursuant to 28 U.S.C. Section 1447(c) remanding this action to the Supreme Court of the State of New York, County of New York; an award for plaintiffs' costs and actual expenses, including attorneys' fees,

incurred as a result of the removal; and for all other and further relief as the Court deems just and proper.

Dated: Brooklyn, New York
       July 21, 2008

Respectfully Submitted

By: _____
Raymond J. Zuppa Jr. Esq.
Attorneys for Plaintiffs
53 Herbert Street
Suite 1
Brooklyn, NY 11222
(718) 383-8812

TO:   Ms. Beth Adels Esq.
       McDonnell & Adels, P.C.
       401 Franklin Avenue
       Garden City, New York 11530

       Ms. Elizabeth Pricket-Morgan Esq.
       Office of the New York State Attorney General
       120 Broadway
       New York, NY 10271

       Jacob C. Cohn
       Cozen O'Connor
       1900 Market Street
       Philadelphia, PA 19103

       Mark A. Melli Esq.
       Melli, Guerin & Wall, P.C.
       240 Frisch Court, Suite 301
       Paramus, NJ 07652

       Todd A. Bromberg
       Wiley Rein, LLP
       1776 K Street NW
       Washington, DC 20006

Brian McElhenny
Goldberg & Segalla, LLP
200 Old Country Road, Suite 210
Mineola, NY 11501