UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

AVA ACUPUNCTURE P.C., et al.,

                Plaintiffs,

    -against-

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, et al.,

                Defendants.

------------------------------------------------------X

08 CV 5650 (SAS)(FM)

**ORDER FOR ADMISSION PRO HAC VICE**



**IT IS HEREBY ORDERED** that

    Laura Henderson Scanlon
    Wiley Rein LLP
    1776 K Street, NW
    Washington, DC   20006
    202-719-7000
    202-719-7049 (fax)
    lscanlon@wileyrein.com

is admitted to practice *pro hac vice* as counsel for Defendant National Insurance Crime Bureau in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: 7/22/08

_____
United States District Judge