Elizabeth Prickett-Morgan (EP - 7536)
Assistant Attorney General
New York State Office of the Attorney General
ANDREW M. CUOMO
120 Broadway, 24th Floor
New York, New York 10271
(212) 416-6276
Attorneys for Defendant Eric R. Dinallo, Superintendent
of Insurance of the State of New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AVA ACUPUNCTURE P.C. et al.,

                Plaintiffs,        Index No. 08 CV 5650 (SAS)

    -against-

STATE FARM MUTUAL AUTOMOBILE INSURANCE
COMPANY et al,

                Defendants.

**PLEASE TAKE NOTICE** that, upon the Motion and Memorandum of Law filed herein, and all other pleadings and papers filed herein, Defendant Eric R. Dinallo, Superintendent of Insurance of the State of New York (the "Superintendent"), by the undersigned counsel, will move this Court before the Honorable Shira A. Scheindlin, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, on submission or at such time as the Court may direct or as counsel may agree, for an order pursuant to 28 U.S.C. § 1447(c) remanding all claims against the Superintendent to New York State Supreme Court, and granting such other and further relief as to this Court shall seem just and necessary.

Dated: New York, New York
July 23, 2008

        ANDREW M. CUOMO
        Attorney General of the State of New York
        <u>Attorney for Defendants</u>
        By:

        <u>/s/ Elizabeth Prickett-Morgan</u>
        Elizabeth Prickett-Morgan(EP-7536)
        Assistant Attorney General
        120 Broadway, 24th Floor
        New York, New York 10271
        Tel: (212) 416-6276
        Fax: (212) 416-6075
        Elizabeth.Prickett-Morgan@oag.state.ny.us