Raymond J. Zuppa Jr.
The Zuppa Firm PLLC
53 Herbert Street
Brooklyn, New York 11222
(646) 750-2972
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
AVA ACUPUNCTURE P.C., OKSLEN ACUPUNCTURE P.C. )
Individually and as Assignee of Leona Deleston, MODEL SUPPLY )
INC. and KINGS COUNTY CHIROPRACTIC P.C., ) 08-CV-5650 (SAS)
  )
           Plaintiffs, ) **NOTICE OF**
  ) **DISMISSAL**
    -against- ) (Fed. R. Civ. P. 41(a)(1)(A)(i))
  )
STATE FARM MUTUAL AUTOMOBILE INSURANCE ) ECF CASE
COMPANY, AUTOONE INSURANCE COMPANY, GENERAL )
ASSURANCE COMPANY, ONE BEACON INSURANCE )
COMPANY, MCDONNELL & ADELS P.C., MELLI GUERIN & )
WALL P.C., KATTEN MUCHIN ROSENMAN LLP, RIVKIN )
RADLER LLP, ISEMAN CUNNINGHAM RIESTER & HYDE )
LLP, NATIONAL INSURANCE CRIME BUREAU, ERIC R. )
DINALLO SUPERINTENDENT OF INSURANCE STATE OF )
NEW YORK and THE JOHN DOE INSURANCE COMPANIES )
  )
           Defendants. )
---------------------------------------------------------------x

TO ALL PARTIES AND TO
THEIR ATTORNEYS OF RECORD:

**TAKE NOTICE** that no class having been certified Plaintiffs dismiss this action as against Eric R. Dinallo, Superintendent of Insurance, State of New York without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Defendant has not served an answer to the Complaint or a motion for summary judgment.

Dated: July 23, 2008

                                              The Zuppa Firm PLLC

                                              By:_____
                                              Raymond J. Zuppa Jr.
                                              Attorney for the Plaintiffs

Raymond J. Zuppa Jr.
The Zuppa Firm PLLC
53 Herbert Street
Brooklyn, New York 11222
(646) 750-2972
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____x
AVA ACUPUNCTURE P.C., OKSLEN ACUPUNCTURE P.C. )
Individually and as Assignee of Leona Deleston, MODEL SUPPLY )
INC. and KINGS COUNTY CHIROPRACTIC P.C.,    ) 08-CV-5650 (SAS)
                                            )
                    Plaintiffs,             ) NOTICE OF
                                            ) DISMISSAL
        -against-                           ) (Fed. R. Civ. P. 41(a)(1)(A)(i))
                                            )
STATE FARM MUTUAL AUTOMOBILE INSURANCE      ) ECF CASE
COMPANY, AUTOONE INSURANCE COMPANY, GENERAL )
ASSURANCE COMPANY, ONE BEACON INSURANCE     )
COMPANY, MCDONNELL & ADELS P.C., MELLI GUERIN & )
WALL P.C., KATTEN MUCHIN ROSENMAN LLP, RIVKIN )
RADLER LLP, ISEMAN CUNNINGHAM RIESTER & HYDE )
LLP, NATIONAL INSURANCE CRIME BUREAU, ERIC R. )
DINALLO SUPERINTENDENT OF INSURANCE STATE OF )
NEW YORK and THE JOHN DOE INSURANCE COMPANIES )
                                            )
                    Defendants.             )
_____x

**TO ALL PARTIES AND TO
THEIR ATTORNEYS OF RECORD**:

   **TAKE NOTICE** that no class having been certified AVA Acupuncture P.C., Plaintiff, dismisses this action as against all Defendants without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Defendants have not served an answer to the Complaint or a motion for summary judgment.

Dated: July 23, 2008

                                        The Zuppa Firm PLLC

                                        By:_____
                                        Raymond J. Zuppa Jr.
                                        Attorney for the Plaintiff
                                        AVA Acupuncture P.C.

Raymond J. Zuppa Jr.
The Zuppa Firm PLLC
53 Herbert Street
Brooklyn, New York 11222
(646) 750-2972
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
AVA ACUPUNCTURE P.C., OKSLEN ACUPUNCTURE P.C. )
Individually and as Assignee of Leona Deleston, MODEL SUPPLY )
INC. and KINGS COUNTY CHIROPRACTIC P.C.,            ) 08-CV-5650 (SAS)
                                                                              )
                              Plaintiffs,                                  ) **NOTICE OF**
                                                                              ) **DISMISSAL**
                  -against-                                              ) (Fed. R. Civ. P. 41(a)(1)(A)(i))
                                                                              )
STATE FARM MUTUAL AUTOMOBILE INSURANCE       ) ECF CASE
COMPANY, AUTOONE INSURANCE COMPANY, GENERAL )
ASSURANCE COMPANY, ONE BEACON INSURANCE       )
COMPANY, MCDONNELL& ADELS P.C., MELLI GUERIN & )
WALL P.C., KATTEN MUCHIN ROSENMAN LLP, RIVKIN )
RADLER LLP, ISEMAN CUNNINGHAM RIESTER & HYDE )
LLP, NATIONAL INSURANCE CRIME BUREAU, ERIC R. )
DINALLO SUPERINTENDENT OF INSURANCE STATE OF )
NEW YORK and THE JOHN DOE INSURANCE COMPANIES )
                                                                              )
                              Defendants.                              )
---------------------------------------------------------------x

TO ALL PARTIES AND TO
THEIR ATTORNEYS OF RECORD:

**TAKE NOTICE** that no class having been certified Model Supply Inc., Plaintiff, dismisses this action as against all Defendants without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Defendants have not served an answer to the Complaint or a motion for summary judgment.

Dated: July 23, 2008

The Zuppa Firm PLLC

By: _____
Raymond J. Zuppa Jr.
Attorney for the Plaintiff
Model Supply Inc.