Raymond J. Zuppa Jr.
The Zuppa Firm PLLC
53 Herbert Street
Brooklyn, New York 11222
(646) 750-2972
Attorney for Plaintiffs



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AVA ACUPUNCTURE P.C., OKSLEN ACUPUNCTURE P.C. Individually and as Assignee of Leona Deleston, MODEL SUPPLY INC. and KINGS COUNTY CHIROPRACTIC P.C., <br><br> Plaintiffs, <br><br> -against- <br><br> STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, AUTOONE INSURANCE COMPANY, GENERAL ASSURANCE COMPANY, ONE BEACON INSURANCE COMPANY, MCDONNELL & ADELS P.C., MELLI GUERIN & WALL P.C., KATTEN MUCHIN ROSENMAN LLP, RIVKIN RADLER LLP, ISEMAN CUNNINGHAM RIESTER & HYDE LLP, NATIONAL INSURANCE CRIME BUREAU, ERIC R. DINALLO SUPERINTENDENT OF INSURANCE STATE OF NEW YORK and THE JOHN DOE INSURANCE COMPANIES <br><br> Defendants. | 08-CV-5650 (SAS) <br><br> **NOTICE OF DISMISSAL** <br><br> (Fed. R. Civ. P. 41(a)(1)(A)(i)) <br><br> ECF CASE |

**TO ALL PARTIES AND TO
THEIR ATTORNEYS OF RECORD:**

**TAKE NOTICE** that no class having been certified Plaintiffs dismiss this action as against Eric R. Dinallo, Superintendent of Insurance, State of New York without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Defendant has not served an answer to the Complaint or a motion for summary judgment.

Dated: July 23, 2008

The Zuppa Firm PLLC

By:_____
Raymond J. Zuppa Jr.
Attorney for the Plaintiffs