Jay Shapiro (JS 2499)
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022-2585
Phone: 212-940-8800
Attorneys for Defendant
State Farm Mutual Automobile Insurance Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
AVA ACUPUNCTURE, P.C.,                : No.: 08 CV 05650 (SAS)
                                      :
                    Plaintiff,        : ECF Case
                                      :
-against-                             : **NOTICE OF APPEARANCE**
                                      :
STATE FARM MUTUAL AUTOMOBILE INSURANCE :
COMPANY, et al.,                      : This document has been
                                      : electronically filed
                    Defendants.       :
------------------------------------------------------------------ x

    PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Defendant State Farm Mutual Automobile Insurance Company in the within-captioned action and requests that a copy of all future papers in this action be served upon the undersigned at the address stated below.

Dated: New York, New York
    July 17, 2008

                                       KATTEN MUCHIN ROSENMAN LLP

                                       By:_____
                                       Jay Shapiro (JS 2499)

                                       Counsel for State Farm Mutual
                                       Automobile Insurance Company
                                       575 Madison Avenue
                                       New York, NY 10022-2585
                                       Phone: 212-940-8800
                                       Email: jay.shapiro@kattenlaw.com

To:

Raymond Joseph Zuppa
The Zuppa Firm PLLC
53 Herbert Street, Suite 1
Brooklyn, NY 11222
(646)-750-2972
Fax: (718) 266-3011
Email: pokerny@aol.com

Brian McElhenny
Goldberg Segalla LLP
200 Old Country Road, Ste. 210
Mineola, NY 11501
(516)-281-5640
Fax: (516)-281-9801
Email: bmcelhenny@goldbergsegalla.com

Evan Hayes Krinick
Rivkin Radler, LLP
926 Rexcorp Plaza
Uniondale, NY 11556
(516)-357-3483
Fax: (516)-357-3333
Email: evan.krinick@rivkin.com

Michael P. Versichelli
Rivkin Radler, LLP
926 Rexcorp Plaza
Uniondale, NY 11556
(516)-357-3431
Fax: (516)-357-3333
Email: michael.versichelli@rivkin.com

Jacob Charles Cohn
Cozen O'Connor
1900 Market Street
The Atrium
Philadelphia, PA 19103
(215)-665-2147
Fax: (215) 665-2013
Email: jcohn@cozen.com


Thomas W. Brunner

Wiley Rein LLP
1776 K Street, N.W.
Washington, DC 20006
(202) 719-7000
Fax: (202) 719-7049

Todd Andrew Bromberg
Wiley Rein LLP
1776 K Street, N.W.
Washington, DC 20006
(202)-719-7357
Fax: 202 719-7049
Email: tbromberg@wileyrein.com

Elizabeth Prickett-Morgan
New York State Office of the Attorney General
120 Broadway
New York, NY 10271
(212)-416-6276
Fax: (212)416-6075
Email: Elizabeth.Prickett-Morgan@oag.state.ny.us