Selfendrin, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AVA ACUPUNCTURE, P.C. OKSLEN
ACUPUNCTURE, P.C., Individually and as Assignee of
Leona Deleston, MODERL SUPPLY, INC. and KINGS
COUNTY CHIROPRACTIC, P.C.,

                  Plaintiffs,

-against –

STATE FARM MUTUAL AUTOMOBILE INSURANCE
COMPANY, AUTO ONE INSURANCE COMPANY,
GENERAL ASSURANCE COMPANY, ONE BEACON
INSURANCE COMPANY, MCDONNELL & ADELS,
P.C., MELLI, GUERIN & WALL, P.C., KATTEN
MUCHIN ROSENMAN, LLP, RIVKIN RADLER, LLP,
ISEMAN CUNNINGHAM RIESTER & HYDE, LLP,
NATIONAL INSURANCE CRIME BUREAU, ERIC R.
DINALLO, SUPERINTENDENT OF INSURANCE
STATE OF NEW YORK and THE JOHN DOE
INSURANCE COMPANIES,

                  Defendants.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/08

Case No. 08 CV 5650 (SAS)

ORDER

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. Pro. 41(a)(1), plaintiffs Ava Acupuncture, P.C., Okslen Acupuncture, P.C., Individually and as Assignee of Leona Deleston, Model Supply, Inc. and Kings County Chiropractic, P.C. hereby dismiss the above-captioned lawsuit against defendant Melli, Guerin & Wall, P.C., without costs. Defendant Melli, Guerin & Wall, P.C. has not answered or moved for summary judgment.

Dated: Brooklyn, New York
July 21, 2008

So Ordered
[signature]
7/28/08

By: _____
Raymond Zuppa, Esq.
The Zuppa Firm, PLLC
55 Herbert Street, Suite 1
Brooklyn, NY 11222
(718) 383-8812
Attorney for Plaintiff

[signature] 7/28/08
U.S.D.J.