

**MICHAEL P. VERSICHELLI**
PARTNER
(516) 367-3431
michael.versichelli@rivkin.com



August 6, 2008

**VIA FACSIMILE**

Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

    Re:  Ava Acupuncture, P.C., et al. v. State Farm Mutual
          Automobile Insurance Company, et al.
          Case No.: 08-CV-5650(SAS)
          RR File No.: 010660-08200

Dear Judge Scheindlin:

We write jointly on behalf of our client, State Farm Mutual Automobile Insurance Company, and the remaining defendants in this action,[1] to request a further extension of time to answer or make any motion in response to plaintiffs' complaint. Defendants' answer is presently due on August 14, 2008, as per this Court's Order.

As this Court is aware, plaintiffs have filed a motion to remand this matter to State Court. Pursuant to a briefing schedule ordered by this Court, defendants' opposition to plaintiffs' motion is due on or before August 21, 2008. It is defendants' intention to file a pre-answer motion to dismiss, either pursuant to Fed. R. Civ. Pro. 12(b) or CPLR 3211, once the motion for remand is decided. Accordingly, it would be impractical, as well as a potential waste of time and resources, to make such a motion while the motion for remand is pending.

Therefore, defendants request an extension of at least 30 days after the motion for remand is decided to answer or make any motion in response to plaintiffs' complaint.

Plaintiffs' attorney, Raymond Zuppa, has consented to this request. Defendants further request that any discovery in this matter be stayed pending a decision on plaintiffs' motion.

---

[1] Since the commencement of this action, plaintiffs have voluntarily dismissed their lawsuit against the following defendants: Melli, Guerin & Wall, P.C., Katten Muchin Rosenman LLP, Rivkin Radler LLP, Iseman Cunningham Riester & Hyde LLP and Eric Dinallo, Superintendent of Insurance for the State of New York. Plaintiffs Ava Acupuncture P.C. and Model Supply Inc. have also discontinued their action against all defendants.

926 RexCorp Plaza
Uniondale, NY
11656-0926
Tel: 516.357.3000
Fax 516.357.3333

555 Madison Avenue
New York, NY
10022-3338
Tel: 212.455.9555
Fax: 212.687.9044

21 Main Street
Court Plaza South • West Wing
Hackensack, NJ 07601-7021
Tel: 201.287.2460
Fax 201.489.0495

www.rivkinradler.com

**RIVKIN RADLER**
ATTORNEYS AT LAW

Honorable Shira A. Scheindlin
August 6, 2008
Page 2

The Court's consideration of this request is greatly appreciated.

Very truly yours,

RIVKIN RADLER LLP

Michael P. Versichelli

MPV:gb

cc:  The Zuppa Law Firm, PLLC
     Attorney for Plaintiffs
     33 Herbert Street, Suite 1
     Brooklyn, New York 11222
     Fax: (718) 266-3011

     McDonnell & Adels, P.C.
     401 Franklin Avenue
     Garden City, New York 11530
     Fax: (516) 328-3697

     Cozen O'Connor
     Attorneys for Defendants
     AutoOne Insurance Company
     General Insurance Company and
     One Beacon Insurance Company
     1900 Market Street
     Philadelphia, Pennsylvania 19103
     Fax: (215) 665-2013

     Wiley Rein, LLP
     Attorneys for Defendant
     National Insurance Crime Bureau
     1776 K Street, NW
     Washington, DC 20006
     Fax: (202) 719-7049

2173803 v1

> Defendant's request is granted. All discovery in this action is stayed sine die. Defendant's time to move or answer is extended to thirty days after the determination of the motion to dismiss.
>
> SO ORDERED:
>
> Dated: New York, New York
> August 7, 2008
>
> Shira A. Scheindlin
> U.S.D.J.