Ross Silverman (RO 4567)
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street, Suite 1600
Chicago, IL 60661
(312) 902-5200
Email: ross.silverman@kattenlaw.com
Attorneys for Defendant
State Farm Mutual Automobile Insurance Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
AVA ACUPUNCTURE, P.C.,                : No.: 08 CV 05650 (SAS)
                                      :
              Plaintiff,              : ECF Case
                                      :
-against-                             : **NOTICE OF APPEARANCE**
                                      :
STATE FARM MUTUAL AUTOMOBILE INSURANCE:
COMPANY, et al.,                      : This document has been
                                      : electronically filed
              Defendants.             :
------------------------------------------------------------------ x

     PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Defendant State Farm Mutual Automobile Insurance Company in the within-captioned action and requests that a copy of all future papers in this action be served upon the undersigned at the address stated below.

Dated: New York, New York
      September 4, 2008

                                                   KATTEN MUCHIN ROSENMAN LLP

                                                   By: _____
                                                    Ross O. Silverman (RO 4567)

                                                   Counsel for State Farm Mutual
                                                 Automobile Insurance Company
                                                 525 West Monroe Street, Suite 1600
                                                 Chicago, IL 60661
                                                 (312) 902-5200
                                                 Email: ross.silverman@kattenlaw.com

To:

Raymond Joseph Zuppa
The Zuppa Firm PLLC
53 Herbert Street, Suite 1
Brooklyn, NY 11222
(646)-750-2972
Fax: (718) 266-3011
Email: pokerny@aol.com

Brian McElhenny
Goldberg Segalla LLP
200 Old Country Road, Ste. 210
Mineola, NY 11501
(516)-281-5640
Fax: (516)-281-9801
Email: bmcelhenny@goldbergsegalla.com

Evan Hayes Krinick
Rivkin Radler, LLP
926 Rexcorp Plaza
Uniondale, NY 11556
(516)-357-3483
Fax: (516)-357-3333
Email: evan.krinick@rivkin.com

Michael P. Versichelli
Rivkin Radler, LLP
926 Rexcorp Plaza
Uniondale, NY 11556
(516)-357-3431
Fax: (516)-357-3333
Email: michael.versichelli@rivkin.com

Jacob Charles Cohn
Cozen O'Connor
1900 Market Street
The Atrium
Philadelphia, PA 19103
(215)-665-2147
Fax: (215) 665-2013
Email: jcohn@cozen.com

Thomas W. Brunner
Wiley Rein LLP
1776 K Street, N.W.
Washington, DC 20006
(202) 719-7000
Fax: (202) 719-7049

Todd Andrew Bromberg
Wiley Rein LLP
1776 K Street, N.W.
Washington, DC 20006
(202)-719-7357
Fax: 202 719-7049
Email: tbromberg@wileyrein.com

Elizabeth Prickett-Morgan
New York State Office of the Attorney General
120 Broadway
New York, NY 10271
(212)-416-6276
Fax: (212)416-6075
Email: Elizabeth.Prickett-Morgan@oag.state.ny.us